IN THE SUPREME COURT OF TEXAS

 No. 07-0443

 IN RE NELSON B. FREIMER, M.D.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary stay, filed June 1, 2007, is
granted. The order dated March 5, 2007 granting Motion to Compel Responses
to Plaintiff's Interrogatories and Requests for Production in Cause No. C-
2195-02-C, styled Dr. Michael A. Escamilla v. Nelson B. Freimer, M.D.,
Victor I. Reus, M.D. and The University of California San Francisco, in the
139th District Court of Hidalgo County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 21, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk